BENJAMIN B. WAGNER
United States Attorney
IAN P. WHITNEY
Special Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ARTHUR GONZALES,<br><br>　　　　Defendant. | Case No: 1:13-cr-00137-SKO<br><br>Citation No: F4284378 (CA 42)<br><br>**STIPULATION TO CONTINUE APRIL 18, 2013 ARRAIGNMENT AND PLEA TO MAY 2, 2013; ORDER** |

　　　IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the parties' April 18, 2013 arraignment and plea may be continued to 10:00 a.m. on Thursday, May 2, 2013.

　　　The parties base this stipulation on good cause. The Defendant has a work scheduling issue which will conflict with the arraignment date as scheduled. The parties further state this matter has been resolved by a signed plea agreement and anticipate that this matter will be resolved on May 2, 2013.

```
                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: April 17, 2013          By:   /s/Ian P. Whitney
                                        IAN P. WHITNEY
                                        Special Assistant U.S. Attorney



Dated: April 17, 2013            /s/[Signature Appears on Original]
                                        ARTHUR GONZALES
                                        Defendant
```

**ORDER**

IT IS SO ORDERED.

**Dated:   April 18, 2013**              **/s/ Sheila K. Oberto**
                                  UNITED STATES MAGISTRATE JUDGE